The TIMKEN COMPANY,
Plaintiff–Appellant,

v.

UNITED STATES, NTN Bearing Corporation of America, NTN–SNR Roulements S.A., and SNR Bearings USA, Inc., Defendants–Appellees,

Myonic GMBH, and New Hampshire Ball Bearings, Inc., Defendants,

Schaeffler Italia S.R.L., SKF USA Inc., SKF Industrie S.P.A., and Somecat S.P.A., Defendants–Appellees.

No. 2014–1454.

United States Court of Appeals, Federal Circuit.

Jan. 13, 2015.

Geert de Prest, Stewart and Stewart, of Washington, DC, argued for plaintiff-appellant. With him on the brief were Terence P. Stewart and Lane S. Hurewitz. Of counsel was William Alfred Fennell.

Tara K. Hogan, Senior Trial Counsel, Civil Division, Commercial Litigation Branch, United States Department of Justice, of Washington, DC, argued for defendant-appellee United States. With her on the brief were Stuart F. Delery, Assistant Attorney General, Jeanne E. Davidson, Director, and Reginald T. Blades, Jr., Assistant Director. Of counsel on the brief was Whitney Rolig, Office of the Chief Counsel

for Trade Enforcement & Compliance, United States Department of Commerce.

Kevin O'Brien, Baker & McKenzie, of Chicago, Illinois, for defendants-appellees NTN Bearing Corporation of America, NTN–SNR Roulements S.A., and SNR Bearings USA, Inc. With him on the brief was Diane MacDonald.

Max F. Schutzman, Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP, of New York, New York, for defendant-appellee Schaeffler Italia S.R.L. With him on the brief were John M. Foote and Kavita Mohan. Of counsel was Andrew Thomas Schutz, of Washington, DC.

Christopher G. Falcone, Steptoe & Johnson LLP, of Washington, DC, argued for defendant-appellees SKF USA Inc., SKF Industrie S.P.A., and Somecat S.P.A. With him on the brief was Herbert C. Shelley.

LOURIE, MOORE, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**